THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED OLSEN, Appellant, *v.* THE SHERIFF OF ERIE COUNTY, Respondent.

*People ex rel. Olsen* v. *Sheriff of Erie County,* 174 App. Div. 281, affirmed.

(Argued November 14, 1917; decided December 4, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 16, 1916, which reversed an order of Special Term discharging the relator on habeas corpus and remanded the relator to the custody of the defendant. The People sued and recovered judgment against the relator for a penalty upon a complaint charging that relator did wrongfully and unlawfully and in violation of section 176 and section 177 of said Conservation Law and in violation of rule 1, subdivision 8 of the duly adopted rules of the conservation commission use

a gill net in the waters of Lake Erie at Buffalo, N. Y., which said net was not tagged in the manner prescribed by said rule 1, subdivision 8. An execution against relator's property was thereafter duly issued and returned unsatisfied. Subsequently, an execution was duly issued to respondent against the person of relator, and pursuant thereto relator was taken into the custody of respondent and so held until he was released by the order of Special Term.

*Thomas H. Larkins* for appellant.

*Merton E. Lewis, Attorney-General (B. F. Sturgis and William T. Moore* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.